# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LASALLE BANK NATIONAL ASSOCIATION,<br><br>        Plaintiff,<br>v.<br><br>JEFFERY A MCCAULEY, KELLY A. MCCAULEY, JOHN DOE, AND MARY ROWE,<br><br>        Defendants. | Civil No. 10-1338 (JRT/JSM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Michael R Sauer, **WILFORD & GESKE, PA**, 8425 Season Parkway, Suite 105, Woodbury, MN 55125, for plaintiff.

Jeffery A. McCauley, 14210 Fifty-fifth Street North, Oak Park Heights, MN 55083, pro se defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated August 20, 2010 [Docket No. 29]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. LaSalle National Bank Association's Motion to Remand to Washington County District Court, Tenth Judicial District of the State of Minnesota [Docket No. 3] is **GRANTED**.

2. <u>LaSalle Bank National Association v. Jeffery A. McCauley, Kelly A.</u>

<u>McCauley, John Doe, and Mary Rowe</u> [Civil No. 10-1338 (JRT/JSM)] shall be **REMANDED** to Washington County District Court, Tenth Judicial District of the State of Minnesota.

3. LaSalle National Bank Association's request for costs and attorney's fees is **DENIED**.

Dated: September 15, 2010
at Minneapolis, Minnesota

              <u>    s/ John R. Tunheim    </u>
               JOHN R. TUNHEIM
              United States District Judge